UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

JAIME PRUITT,

        Plaintiff,        Case No. 1:23-cv-357

v.        Honorable Phillip J. Green

MICHIGAN DEPARTMENT OF
CORRECTIONS,

        Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** on grounds of immunity pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: May 15, 2023        /s/ Phillip J. Green
        PHILLIP J. GREEN
        United States Magistrate Judge